536

Hulda Erickson, Appellant, v. Josephine Straka and James Straka, Appellees.

Gen. No. 9,582.

opinion filed May 27, 1941; rehearing denied June 24, 1941. Orville R. Seiter, for appellant; Pence B. Orr, for appellees. Opinion by JUSTICE DOVE. ''Not to be published in full.''

Marie Derango, Appellee, v. M. Rubin, Appellant.

Gen. No. 41,560.

McSURELY, J., dissenting.

opinion filed June 9, 1941; rehearing denied June 24, 1941. John A. Bloomingston, for appellant; V. Russell Donaghy, for appellee; David A. Schallman, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''